

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00317-CV

| | | |
|---|---|---|
| In the Guardianship of Jeffrey Herron, an incapacitated person | § | From Probate Court No. 2 |
| | § | of Tarrant County (2012-GD00235-2) |
| | § | June 26, 2014 |
| | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Amy Herron, shall pay all costs of this appeal for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bob McCoy_____
　　　Justice Bob McCoy